IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| BRYANT W. PLITT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-CV-1352-BLW |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FRESNO POLICE OFFICER R. GONZALEZ, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court earlier required Plaintiff to submit summonses and USM-385 forms to the Clerk of Court. The Clerk of Court has noted on the docket that the service documents are incomplete. Plaintiff has failed to list the address of the defendants on both the summonses and the USM-285 forms. Therefore, the Clerk shall provide Plaintiff with a new set of three USM-285 forms, three summonses, a notice of submission of documents form, an instruction sheet, and a copy of the complaint.

IT IS HEREBY ORDERED that within **thirty (30) days** after entry of this Order, Plaintiff shall complete the notice of submission of documents form and

**INITIAL REVIEW ORDER 1**

submit the completed notice to the Court with the following documents:

> (1) one completed summons for **each** Defendant listed above against whom Plaintiff had been authorized to proceed;
>
> (2) one completed USM-285 form for **each** Defendant listed above against whom Plaintiff has been authorized to proceed; and
>
> (3) four copies of the complaint (one for each defendant and one extra for the U.S. Marshal).

Failure to submit these documents properly (including proper service addresses) may result in dismissal of this case without prejudice without further notice to Plaintiff.

IT IS FURTHER HEREBY ORDERED that Plaintiff's Motion for Appointment of Counsel (Docket No. 11) is DENIED without prejudice. The Court will reconsider appointment of counsel after Defendants have filed an answer. Presently, it appears that Plaintiff has articulated his claims and pursued his case in an appropriate manner, and it does not appear that other extraordinary circumstances exist that would warrant appointment of pro bono counsel at this time.

**INITIAL REVIEW ORDER 2**



DATED: **December 31, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**INITIAL REVIEW ORDER** 3