UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRYANT W. PLITT,<br><br>          Plaintiff,<br><br>     v.<br><br>FRESNO POLICE OFFICER R. GONZALEZ, et al.,<br><br>          Defendants. | Case No. 1:08-CV-1352-BLW-LMB<br><br>**ORDER** |

   Pending before the Court are various Motions filed by Plaintiff.  The motions have been referred to Magistrate Larry M. Boyle by Order dated June 4, 2010 (Dkt. 14). Having reviewed the motions and the record in this matter, the Court enters the following Order.

**ORDER**

**IT IS ORDERED:**

1.    Plaintiff's Motion to Appoint Counsel (Dkt. 19) is DENIED.

2.    Plaintiff's Motion for Docket Text (Dkt. 20) is GRANTED. The Clerk of

       Court is ordered to provide a copy of the Docket Sheet to Plaintiff with his

copy of this Order.

3. Plaintiff's Ex-Parte Motion for In Camera Review of Relevant Documents Subject to Non-Disclosure (Dkt. 22) is GRANTED in part. Plaintiff apparently wishes to file sensitive relevant documents via the CM/ECF system, but not via mail, because he does not wish others to review the documents. Because the documents Plaintiff wishes to see presumably are prison records (which may include allegedly incorrect prison records) that are already in custody of Defendants, **Defendants are ORDERED to file Plaintiff's prison records under seal** if needed to support a motion (however, a copy would normally be mailed to Plaintiff). Plaintiff may also request that any records he wishes to file be filed under seal, but it is unclear how Plaintiff proposes to file the records without using the U.S. Postal Service. **In any event, all of Plaintiff's prison records are ORDERED filed under seal, which protects the records from being reviewed by the public.**



DATED: **February 7, 2011**.

Honorable Larry M. Boyle
United States Magistrate Judge

ORDER - 2