IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRYANT W. PLITT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRESNO POLICE OFFICER R. ) <br> GONZALEZ, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:08-CV-1352-BLW-LMB <br><br> **ORDER** |

Currently pending is Plaintiff's Motion to Appoint Counsel (Dkt. 38) and Motion for Current Docket Sheet (Dkt. 39). Also pending is undersigned Magistrate Judge's Findings and Recommendation that Defendants' Motion for Summary Judgment be granted, and that judgment be entered in Defendants' favor. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Appoint Counsel (Dkt. 38) is DENIED without prejudice. Plaintiff may renew his motion if the District Judge does not agree with the recommendation to enter judgment in Defendants favor and dismiss the case accordingly.

2. Plaintiff's Motion for Current Docket Text Printout (Dkt. 39) is GRANTED. The

**ORDER - 1**

Clerk of the Court is hereby direct to mail a copy of the Docket Sheet to Plaintiff.



DATED:  **September 7, 2011**.

Honorable Larry M. Boyle
United States Magistrate Judge

**ORDER - 2**