UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRYANT W. PLITT,<br><br>         Plaintiff,<br><br>    v.<br><br>FRESNO POLICE OFFICER R. GONZALEZ, et al.,<br><br>         Defendants. | Case No. 1:08-cv-01352-BLW-LMB<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice.[1] Additionally, this case is hereby ordered closed.



DATED:  September 29, 2011

Honorable B. Lynn Winmill
Chief U. S. District Judge

---

[1] This Judgment does not preclude Plaintiff from filing an appropriate habeas corpus or civil rights claim regarding use of his prison records after he becomes eligible for parole if he has a proper factual and legal basis for such a claim at that time.

**JUDGMENT - 1**