UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRYANT W. PLITT,<br><br>                Plaintiff,<br><br>    v.<br><br>FRESNO POLICE OFFICER R. GONZALEZ, et al.,<br><br>                Defendants. | Case No. 1:08-cv-01352-BLW-LMB<br><br>**ORDER** |

Pending before the Court are Plaintiff's Rule 60(b) Motion, filed during the pendency of his appeal (Dkt. 52), and Defendants' Motion to Strike Plaintiff's Rule 60(b) Motion. (Dkt. 54.) The United States Court of Appeals for the Ninth Circuit indicated that, if Plaintiff desired to file a timely Rule 60(b) motion, he could file a new motion to stay the appellate proceedings. (Dkt. 50.) This Court issued instructions for the filing of the Motion on October 4, 2012. (Dkt. 56.) The Docket does not indicate that Plaintiff has filed a new motion to stay in the appellate court after that date. Accordingly, **IT IS ORDERED** that Defendants' Motion to Strike Plaintiff's Rule 60(b) Motion (Dkt. 54) is GRANTED, and

ORDER - 1

Plaintiff's Rule 60(b) Motion (Dkt. 52) is STRICKEN, on grounds of lack of jurisdiction.



DATED: **January 10, 2013**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER - 2**